UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY PLANDING,<br><br>            Plaintiff,<br>      v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,<br><br>            Defendants. | Case No.: 13-CV-04331-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for January 22, 2014, at 2:00 p.m., as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Friday, January 17, 2014, at 3:00 p.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: January 16, 2014

_____
LUCY H. KOH
United States District Judge